DONALD W. SEARLES, Bar Code: DS0898
JENNIFER CALABRESE (*pro hac vice application pending*)
ANSU BANERJEE (*pro hac vice application pending*)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
(323) 965-3998

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANATOLY HURGIN, ALEXANDER AUROVSKY, ABILITY, INC. AND ABILITY COMPUTER SOFTWARE INDUSTRIES, LTD.<br><br>Defendants. | Case No. 1:19-cv-05705 |

**~~[PROPOSED]~~ ORDER RE BRIEFING AND HEARING SCHEDULE RE:
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR
PRELIMINARY INJUNCTION TO FREEZE CERTAIN ASSETS AND TO RESTRAIN
AND ENJOIN DEFENDANTS FROM DISSIPATING ASSETS**

On July 21, 2021, Plaintiff United States Securities and Exchange Commission (the "SEC"), moved for the issuance of an order directing that : (1) the escrowed funds held by the Escrow Agent in the put escrow account be frozen until further Order of this Court; and (2) that until the final disposition of this action, Defendants Ability, Inc., Ability Computer & Software Ltd. ("ACSI"), Anatoly Hurgin and Alexander Aurovsky, and their officers, directors, agents, servants, employees, attorneys, and those persons in active concert or participation with them, be restrained and enjoined from making any withdrawal, pledge, encumbrance, assignment, dissipation, concealment or other

1

disposal or use of any of the funds in the put escrow account.

Defendants are ORDERED to file a response to the SEC's Motion on or before: July 23, 2021 at 5:00PM.

The SEC may have a reply to Defendants' response on or before: July 27, 2021 at 12:00PM.

The Hearing on the SEC's Motion, should the Court determine such a hearing is appropriate, shall be on July 29, 2021 at 11:30AM.  The hearing will be conducted by videoconference.  The Court will provide a link to the parties and will post a public dial-in to the ECF docket.  On or before July 27, 2021, the parties must confer and submit a joint letter to the Court regarding whether they expect to present any witness testimony at the hearing.

**SO ORDERED**, this 21st day, of July 2021, at New York, New York

HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE