USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

ANATOLY HURGIN, ALEXANDER AUROVSKY, ABILITY COMPUTER & SOFTWARE INDUSTRIES LTD, AND ABILITY INC.,

        Defendants.

Case No. 1:19-CV-05705

Hon. Mary Kay Vyskocil

**ORDER EXTENDING CLOSE OF FACT AND EXPERT DISCOVERY TO ALLOW FACT DISCOVERY TO BE COMPLETED UNDER THE HAGUE CONVENTION**

The Court, having considered the Parties' stipulation to extend the close of fact and expert discovery to allow for the completion of discovery under the procedures set forth in the Hague Convention on the Taking of Evidence Abroad in Commercial or Civil Matters (the "Hague Convention"), 223 U.S.T. 2555, T.I.A.S. 7444, and for good cause appearing therefore;

IT IS HEREBY ORDERED that the close of fact discovery is continued to November 1, 2021, and that the close of expert is continued to January 14, 2022.

IT IS FURTHER ORDERED that the Parties shall exchange initial expert reports, and provide the other disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, on or before November 1, 2021, and exchange rebuttal reports, if any, on or before December 1, 2021.

IT IS FURTHER ORDERED that the Post-Discovery Conference scheduled for September 9, 2021 is adjourned to December 9. 2021 at 11:00AM.  Unless otherwise ordered by the Court, the conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.  The parties must submit a joint status letter as required by the Court's Individual Practices and the Court's model case management plan.

IT IS SO ORDERED

Dated:  August 27, 2021
       New York, New York

HON. MARY KAY VYSKOCIL