UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 3/30/2023 |

---

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

  -v-

ANATOLY HURGIN, ALEXANDER
AUROVSKY, ABILITY COMPUTER &
SOFTWARE INDUSTRIES LTD, and
ABILITY INC.,

              Defendants.

No. 19-cv-5705 (MKV)
ORDER ADJOURNING TRIAL

MARY KAY VYSKOCIL, District Judge:

IT IS HEREBY ORDERED that the jury trial that was previously scheduled to begin on April 18, 2023 is ADJOURNED *sine die*.  The Final Pretrial Conference and the deadline for the parties' pretrial filings are likewise ADJOURNED *sine die*.

IT IS FURTHER ORDERED that the parties shall file a joint letter by noon on March 31, 2023 advising the Court whether there are outstanding issues with respect to Defendants Ability Inc. and Ability Computer & Software Industries Ltd. that preclude closing this case.

**SO ORDERED.**

**Date:  March 30, 2023**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**