UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/18/2024

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANATOLY HURGIN, ALEXANDER
AUROVSKY, ABILITY COMPUTER &
SOFTWARE INDUSTRIES LTD, AND
ABILITY INC.,

Defendants.

Case No. 1:19-cv-05705-MKV

## ACKNOWLEDGMENT OF PLAINTIFF'S NOTICE OF RECEIPT OF FUNDS PURSUANT TO FINAL JUDGMENTS  AND ORDER LIFTING ASSET FREEZE

The Court hereby anknowledges receipt of notice by Plaintiff Securities and Exchange Commission ("SEC") that, pursuant to the Final Judgments against Defendants Anatoly Hurgin (Dkt. No. 192), Alexander Aurovsky (Dkt. No. 193) and Ability, Inc. and Ability Computer and Software Industries, Ltd. (Dkt. No. 197) (collectively, the "Final Judgments"), the SEC has received $6,500,000.00 from the Put Escrow Account pursuant to the motion by the Court-appointed Trustee and the approval of said motion by the Israeli Bankruptcy Court.  Pursuant to the terms of the Final Judgments, it is hereby ordered that the asset freeze over the Put Escrow Account and the preliminary injunction entered in the Court's July 29, 2021 Order (Dkt. No. 90) shall be and is herby lifted.

Dated: _____ July 18 , _2024

_____
THE HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE