**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED:  3/18/2026 | |

**SECURITIES AND EXCHANGE**
**COMMISSION**

         **Plaintiff,**

    **v.**                                                    **Civil Action No. 1:19-cv-05705-MKV**

**ABILITY COMPUTER &**
**SOFTWARE INDUSTRIES LTD.,**
**ABILITY INC., ALEXANDER**
**AUROVKSY, ANATOLY HURGIN,**

         **Defendants.**

**ORDER APPOINTING A TAX ADMINISTRATOR AND AUTHORIZING THE SEC TO**
**APPROVE PAYMENT OF THE TAX OBLIGATIONS OF THE DISTRIBUTION FUND**
**AND THE RELATED FEES AND EXPENSES OF THE TAX ADMINISTRATOR**
**WITHOUT FURTHER COURT ORDER**

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission

("SEC") for an Order appointing Heffler, Radetich & Saitta, LLP ("HRS") as tax administrator

("Tax Administrator") and authorizing the SEC to authorize payment of the tax obligations and

related fees and expenses of the Tax Administrator (the "Motion") and for good cause shown,

    **IT IS HEREBY ORDERED:**

    1.    The Motion is GRANTED.

    2.    HRS is appointed Tax Administrator to execute all income tax reporting

requirements, including the preparation and filing of tax returns, for all funds under the Court's

jurisdiction in this case (the "Distribution Fund").

    3.    HRS shall take the necessary steps to be designated the Tax Administrator of the

Distribution Fund, pursuant to Section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. §

468B(g) and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of the Distribution Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Distribution Fund. Upon request, the Tax Administrator shall provide copies of any filings to the SEC's counsel of record.

4. The Tax Administrator shall, at such times as the Tax Administrator deems necessary to fulfill the tax obligations of the Distribution Fund, submit a request to the SEC's counsel of record for payment from the Distribution Fund of any tax obligations of the Distribution Fund.

5. The Tax Administrator shall be entitled to charge reasonable fees for tax compliance services and related expenses in accordance with its agreement with the SEC for the Tax Year 2025. The Tax Administrator shall, at such times as the Tax Administrator deems appropriate, submit a request to the SEC's counsel of record for payment of fees and expenses from the Distribution Fund.

6. The SEC is authorized to approve and arrange payment of all tax obligations owed by the Distribution Fund and the fees and expenses of the Tax Administrator directly from the Distribution Fund without further approval of this Court. All payments for taxes and the fees and expenses of the Tax Administrator shall be reported to the Court in a final accounting.

**IT IS SO ORDERED.**

Dated:  March 18, 2026

_Mary Kay Vyskocil_
United States District Court Judge